# EXHIBIT E



**CCO Mortgage**

10561 Telegraph Road
Glen Allen, VA 23059
ccomortgage.com

March 31, 2010

JAMES EDWARD RICHARDS
CINDY L RICHARDS
P O BOX 349
DILLONVALE, OH  43917

Property Address:
107 WATSON ST
DILLONVALE, OH  43917

Loan Number: 0012049227
Flood Zone: A6
Amount of Flood Insurance Required: $123,347

### Flood Insurance Deficiency Notification

Dear Mortgage Customer:

Our records indicate that you did not provide evidence of your increased flood coverage. A copy of the flood insurance policy obtained on your behalf is attached. The amount of coverage obtained is the difference in the amount of your current flood insurance coverage and the amount of flood insurance that we require, as referenced in our previous communication.

The cost of this additional coverage will be $1,110.00. If you previously were escrowed for other items, this additional cost will be included in your escrow account. If you were not escrowed for other items, an escrow account will be established to pay this additional premium. An Escrow Account Disclosure Statement detailing the change in your payment due to the payment of this premium will be forwarded to you shortly.

We must receive evidence of increased flood insurance coverage in the amount we require in order to cancel this lender placed policy. This policy will remain in force at the initial dwelling amount with no adjustment in coverage amount or premium until evidence of sufficient coverage to allow cancellation of this policy is received. Information may be faxed to us at 1-843-413-2008.

The minimum amount of coverage must be equal to the lesser of 100% of the replacement cost of the structure or the maximum limit of coverage available for the particular type of property under the Flood Disaster Protection Act.

In most instances, additional flood insurance coverage purchased by you or your association in order to meet the minimum flood insurance requirements referenced above will be less costly than the coverage purchased on your behalf. PLEASE NOTE: The preceding statement is applicable to all structure types except condominiums.

Mortgages are offered and originated by RBS Citizens, N.A.   CCO Mortgage is a division of RBS Citizens, N.A.
All loans are subject to approval.   Equal Housing Lender

RBS

2105G3-0310

The maximum deductible allowed by your note holder for policies carried by an association is $25,000. For policies held by an individual, the maxium deductible amount allowed is $5,000.

Our mortgagee clause should be reflected on the policy as follows:

> RBS CITIZENS, N.A.
> ISAOA, ATIMA
> P O BOX 202060
> FLORENCE, SC  29502-2060
> or by fax to: 1-843-413-2008

It is important to note that the following items are **not** considered an active policy and will not be used to update our records or to cancel/stop the purchase of a flood insurance policy on your behalf: Application, binder, proof of purchase. Acceptable forms of an active policy: Final policy declaration page and (only for condominiums) Certificate/Evidence of Insurance.

**Note for condominium owners:** If the flood policy provided by your assocaition is determined to be inadequate, we recommend that you speak with your association to increase the coverage to the required amount. We will accept a dwelling policy for the difference in coverage for your individual unit. However, you should be advised that in the event of a loss, if the association policy is determined to be less that 80% of the replacement cost value of the structure at the time of the loss, penalties may be assessed by the Federal Emergency Management Agency (FEMA)/the National Flood Insurance Program (NFIP). These penalties could result in any/all subsequent policies purchased by either the unit-owner or lender, on behalf of a unit-owner, not being honored by the insurance company writing the policy.

If you feel that your current coverage amount is adequate based upon the Replacement Cost Value of your structure, please provide verification of this if you have not already done so. This could eliminate any additional coverage requirements above and beyond the coverage amount currently carried.

If you do not agree that your property is located in a SFHA, you may contact our Customer Service Department at 1-866-826-4904. You will be asked to provide written evidence from a community official, a registered engineer, an architect or surveyor stating the specifics of your property's location and the basis of your disagreement for our review.

You may also provide us with your updated insurance information at mycoverageinfo.com. Please use pin CCO293.

If you have any questions, please call us at 1-866-826-4904. Our representatives are available to assist you Monday through Friday 9:00 a.m. to 5:00 p.m. Eastern Time. Thank you for taking the time to help us resolve this important matter.

Thank you,

Insurance Department

2105G3-0310