FILED

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND
2012 JUL 27 P 3 43

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES EDWARD RICHARDS, individually and on behalf of all others similarly situated, | : : : : | |
| Plaintiff, | : : : | |
| v. | : : | C.A. NO.  12-239 M |
| RBS CITIZENS, N.A. d/b/a CITIZENS BANK, | : : : | |
| Defendant. | : | |

## MOTION TO FILE EXHIBIT A TO DEFENDANT'S REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS COMPLAINT UNDER SEAL

Defendant RBS Citizens, N.A. d/b/a Citizens Bank ("Citizens Bank") moves this Court

pursuant to LR Civ 102 for leave to file Exhibit A to Defendant's Reply Memorandum in

Support of Motion to Dismiss Complaint under seal to protect the confidential information

contained therein.  The reasons for this motion to seal are set forth in the accompanying

memorandum of law.

RBS CITIZENS, N.A. D/B/A CITIZENS BANK
**By its Attorneys,**

Robert G. Flanders, Jr. (# 1785)
Mitchell R. Edwards (# 6942)
Adam M. Ramos (# 7591)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI  02903
Telephone:  (401) 274-2000
Facsimile:  (401) 277-9600
rflanders@haslaw.com
medwards@haslaw.com
aramos@haslaw.com

DATED:  July 27, 2012

## CERTIFICATE OF SERVICE

TO:

Raymond A. Marcaccio
OLIVERIO & MARCACCIO LLP
55 Dorrance Street, Suite 400
Providence, RI 02903

Shanon J. Carson
Patrick F. McFadden
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103

Brett Cebulash
Kevin S. Landau
TAUS, CEBULASH & LANDAU, LLP
80 Maiden Lane, Suite 1204
New York, NY 10038

Richard Kellner
Evan Zucker
KABATECK BROWN KELLNER LLP
644 South Figueroa Street
Los Angeles, CA 90017

Austin Tighe
FEAZELL & TIGHE, L.L.P.
6618 Sitio Del Rio Boulevard
Building C-101
Austin, TX 78730

I certify that I mailed a true and accurate copy of the within document to counsel of

record, as set forth above, on July 27, 2012.

2

FILED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND 12 JUL 27 P 3 43

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES EDWARD RICHARDS, individually and on behalf of all others similarly situated, | : : : : | |
| Plaintiff, | : : : | |
| v. | : : | C.A. NO. 12-239 M |
| RBS CITIZENS, N.A. d/b/a CITIZENS BANK, | : : : | |
| Defendant. | : | |

## MEMORANDUM OF LAW IN SUPPORT OF
## MOTION TO FILE EXHIBIT A TO DEFENDANT'S REPLY MEMORANDUM
## IN SUPPORT OF MOTION TO DISMISS COMPLAINT UNDER SEAL

Defendant RBS Citizens, N.A. d/b/a Citizens Bank ("Citizens Bank") submits this

memorandum of law in support of its motion pursuant to LR Civ 102 for leave to file Exhibit A

to Defendant's Reply Memorandum in Support of Motion to Dismiss Complaint (the "Reply

Memorandum") under seal to protect the confidential information contained therein.

Exhibit A to the Reply Memorandum is a contract setting forth the terms of the business

relationship between Citizens Bank and American Security Insurance Company. This contract

contains confidential and proprietary information relative to Citizens Bank's business, which, if

disclosed to the public would place Citizens Bank at a competitive disadvantage.

Additionally, Citizens Bank is party to a Confidentiality Order entered by this Court on

July 9, 2012 in *Cook v. RBS Citizens, N.A.*, C.A. No. 1:11-cv-00268-M-DLM (ECF No. 41) (the

"Cook Matter"). Citizens Bank designated the contract that is Exhibit A to the Reply

Memorandum confidential pursuant to the terms of that Confidentiality Order when it produced

it in response to document requests served by the Plaintiff in the Cook Matter. Citizens Bank is under an obligation to maintain the confidentiality of this contract in connection with its obligations under the Confidentiality Order in the Cook Matter. Moreover, although discovery has not yet begun in this matter, the parties have undertaken preliminary discussions in an attempt to agree on the terms of a confidentiality order.

Accordingly, Citizens Bank respectfully requests that this Court grant Citizens Bank leave to file Exhibit A to the Reply Memorandum under seal.

RBS CITIZENS, N.A. D/B/A CITIZENS BANK
**By its Attorneys,**

Robert G. Flanders, Jr. (# 1785)
Mitchell R. Edwards (# 6942)
Adam M. Ramos (# 7591)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI  02903
Telephone:  (401) 274-2000
Facsimile:  (401) 277-9600
rflanders@haslaw.com
medwards@haslaw.com
aramos@haslaw.com

DATED:  July 27, 2012

## CERTIFICATE OF SERVICE

TO:

Raymond A. Marcaccio
OLIVERIO & MARCACCIO LLP
55 Dorrance Street, Suite 400
Providence, RI 02903

Shanon J. Carson
Patrick F. McFadden
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103

Brett Cebulash
Kevin S. Landau
TAUS, CEBULASH & LANDAU, LLP
80 Maiden Lane, Suite 1204
New York, NY 10038

Richard Kellner
Evan Zucker
KABATECK BROWN KELLNER LLP
644 South Figueroa Street
Los Angeles, CA 90017

Austin Tighe
FEAZELL & TIGHE, L.L.P.
6618 Sitio Del Rio Boulevard
Building C-101
Austin, TX 78730

I certify that I mailed a true and accurate copy of the within document to counsel of record, as set forth above, on July 27, 2012.

*Cynthia A. Whaley*